MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

Hallie M. Hoffman (210020)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hallie.hoffman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIA BONAVITO, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 13-248 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 4, 2013 TO JULY 9, 2013 |

      The defendant, Patricia Bonavito, represented by Candis Mitchell, AFPD, and the government, represented by Hallie M. Hoffman, Assistant United States Attorney, appeared before the Court for a status conference in the above captioned matter on June 4, 2013. At the hearing, the defense represented that additional time is needed to review discovery with the defendant and pursue discussions about potential resolution of the case. The matter was continued to July 9, 2013 at 2 pm for either the setting of a trial date or a change of plea hearing. Parties request that time be excluded under the Speedy Trial Act between June 4, 2013 and July 9, 2013.

      Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time June 4, 2013 and July 9, 2013 would deny counsel the reasonable time

ORDER EXLUDING TIME
Case No. CR 13-248 WHA

necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 4, 2013 and July 9, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between June 4, 2013 and July 9, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 5, 2013.

_____
WILLIAM H. ALSUP
United States District Judge